## STATEMENT OF FACTS

During the course of a Federal Bureau of Investigation (FBI) narcotics investigation, which began in late May of 2020, the FBI learned that United States Postal Service (USPS) parcels containing suspected cocaine were being shipped from Puerto Rico to addresses in and around Washington D.C. and other locations in the United States. The investigation revealed that Emanuel SCOTT and co-conspirators were involved in the importation and distribution of kilogram quantities of this cocaine.

On August 13, 2020, a USPS parcel suspected of containing a kilogram quantity of cocaine was delivered to an address in Northwest, Washington, D.C. (Address #1). On the same day, at another address in Northeast, Washington, D.C. (Address #2), law enforcement observed SCOTT, meeting with SCOTT's cocaine supplier, Co-conspirator #1. Address #2 is a location known to the FBI as a destination for suspected cocaine parcels delivered as part of SCOTT's drug distribution network. Law enforcement observed Co-conspirator #1 exit the apartment building at Address #2 carrying a USPS parcel that was consistent in size, weight, and description, with the parcel that was delivered to Address #1 and believed to contain a kilogram quantity of cocaine.

On August 25, 2020, Inspector (Isp.) Douglas Henegar, of the United States Postal Inspection Service (USPIS), identified a suspected cocaine parcel shipped from Puerto Rico to a Montgomery County, Maryland address (Address #3). The parcel was consistent in size, weight, and description, with other parcels that law enforcement believed to contain a kilogram quantity of cocaine and shipped from Puerto Rico to the Washington, D.C. area. In addition, this address is known to the FBI as the residence of an associate of SCOTT. On August 26, 2020, Isp. Henegar removed the parcel from the USPS mail stream and delivered the parcel to Address #3.

The same day, at 1:02 p.m., SCOTT was observed by Detective Ashley Urps, of the Montgomery County Police, Gang Investigation Team, exiting Address #3 carrying what appeared to be the suspected cocaine parcel, the parcel matched the description of the package delivered by Isp. Henegar earlier that day in size, weight, and description. SCOTT was wearing a backpack. SCOTT was observed placing the parcel packaging in the community trash receptacle and entering a Ford pickup truck. This vehicle is registered to EAN Holding (Enterprise Rental). A check with Enterprise Rental revealed that the Ford was rented by Co-conspirator #2, who resides at Address #2. The parcel packaging was subsequently retrieved from the trash by law enforcement agents, and it was identified as the same parcel delivered by Isp. Henegar earlier to Address #3.

Surveillance observed SCOTT travel from Address #3 to an intersection in Silver Spring, Maryland. SCOTT was observed parked by Detective Pat Spevak, of the Frederick City Police, Narcotics Section. At 3:04 p.m., Detective Spevak observed a black male, wearing gray shorts, a red and black shirt, and a red baseball hat enter the front passenger seat of the pickup truck SCOTT was driving (Customer #1). SCOTT then drove the pickup truck across the street and parked.

Task Force Officer (TFO) Scott Carson observed SCOTT exit the pickup truck and enter the rear seat of the vehicle. TFO Carson observed Customer #1 counting what appeared to be

money and handing it back to SCOTT. A few minutes later, Customer #1 exited the pickup truck and entered the front passenger seat of a waiting Kia Sorento.

The Kia was followed by surveillance units and was stopped for speeding by Officer Jeffrey Rea, of the Montgomery County Police, 4th District Patrol, in Silver Spring, Maryland. Officer Thomas Kelly responded to the stop with his certified controlled dangerous substance (CDS) canine. Ofc. Kelly conducted an exterior scan of the Kia with the CDS canine, which resulted in a positive alert for the presence of CDS odor.

Ofc. Rea conducted a search of the Kia and located two sandwich bags concealed under the glove box. Each bag contained a white powdery substance suspected to be cocaine. Ofc. Rea conducted a field-test of the white powdery substance which was positive for cocaine. The cocaine was sent to the Montgomery County Police Crime Laboratory, Forensic Chemistry Unit for further analysis. The laboratory returned a positive result for cocaine, confirming the initial field test. The weight of the cocaine was 188.07 grams (over six ounces). Your affiant knows, based on training and experience, that six ounces of cocaine is consistent with possession with intent to distribute.

On September 15, 2020 Isp. Henegar identified another suspected cocaine parcel being shipped to Address # 2. Isp. Henegar secured the parcel until a K9 scan of the parcel could be conducted. Later that same morning, TFO Carson and his K9 partner "Riggs" met with Isp. Henegar and conducted a scan of the area in which the parcel was located. K9 Riggs approached the parcel and gave a positive alert for the presence of a CDS. Isp. Henegar secured the parcel until a federal search warrant to open the parcel could be obtained.

On September 17, 2020, Isp. Henegar obtained federal search warrant, 1:20-mj-2330-TMD, authorized by United States District Court for the District of Maryland Magistrate Judge Thomas M. DiGirolamo to search the parcel from September 15, 2020. Upon searching the parcel, Isp. Henegar and TFO Carson discovered a white USPS flat rate parcel, similar in characteristics to previous parcels observed throughout this investigation, concealed within the larger, brown, outer USPS parcel, along with packing peanuts. Inside of the white USPS parcel was a small, soft red and black cooler with the brand name "Ozark Trail" on the front of it. Inside of the cooler were two bricks of suspected cocaine wrapped in green cellophane. The two bricks weighed a total of 2.010 kilograms with packaging. Each brick was subjected to a preliminary field test for cocaine. Each field test returned a positive result for cocaine HCL. Isp. Henegar then entered the cocaine and parcel into the USPIS evidence system. TFO Carson then accepted custody of the evidence and transported it to a secure Montgomery County Police facility from where it was submitted to the Montgomery County Police Crime Laboratory, Forensic Chemistry Unit for further analysis. The laboratory returned a positive result for cocaine, confirming the initial field test. The weight of the cocaine was 1949.17 grams without packaging.

In September of 2020, an FBI Cooperating Witness (CW1)[1] conducted a controlled drug purchase from SCOTT. At the direction of law enforcement, CW1 placed a call to SCOTT and

---

[1] CW1 has previously pled guilty to conspiracy to distribute and possession with intent to distribute cocaine in United States District Court for the District of Columbia. He was released to assist law enforcement and is assisting law

2

arranged to purchase a quantity of cocaine. CW1 was outfitted with a video and audio recording device and was searched both before and after the drug transaction. Under continuous law enforcement supervision and surveillance, CW1 met with SCOTT in Maryland at a pre-arranged location. SCOTT provided CW1 approximately four ounces of cocaine and CW1 provided SCOTT law enforcement funds. After the drug transaction, CW1 met with and provided the four ounces of cocaine to law enforcement. The substance field-tested positive for cocaine and was submitted to the Montgomery County Crime Laboratory for further analysis. The laboratory returned a positive result for cocaine, confirming the initial field test. The weight of the cocaine was 112.17 grams. Both before and after the controlled drug purchase, CW1 was searched by law enforcement and was free of any illegal contraband.

On December 2, 2020, at approximately 1:44 p.m., law enforcement surveillance observed SCOTT and Co-conspirator #2, in the vicinity of Address #2. SCOTT and Co-conspirator #2 walked west toward Bladensburg Road, NE. They turned south and walked to Neal Street, NE where they crossed Bladensburg Road, NE. Co-conspirator #2 briefly entered Rose's Liquor at 830 Bladensburg Road, NE. Several minutes later Co-conspirator #2 exited Rose's Liquor. SCOTT and Co-conspirator #2, still under surveillance, walked south on Bladensburg Road, NE to Morse Street, NE. They then entered an alley near Morse Street, NE and continued south. SCOTT and Co-conspirator #2 were followed for several more minutes by law enforcement. At 2:15 p.m., at the Florida Avenue and 14th Street, NE bus stop, SCOTT was approached by law enforcement and placed under arrest. At that time, he was carrying a messenger-style bag. Law enforcement patted the bag for safety purposes to determine if SCOTT was armed. FBI Special Agent Heang Ly felt a heavy object that was consistent in shape and weight to what he believed based on training and experience to be a firearm. The messenger-style bag was searched incident to arrest and recovered was Smith and Wesson MP9, 9mm firearm with a 13-round magazine. At some point during his transport, SCOTT spontaneously acknowledged ownership of the gun and said he was in trouble. Co-conspirator #2 was briefly detained and provided her name and date of birth to FBI Special Agent Heang Ly and Detective Samantha Triner.

SCOTT was transported to the FBI Washington Field Office by Detective Jeffrey Ward. Co-conspirator #2 was released at the scene.

---

enforcement in the hopes of receiving a more lenient sentencing recommendation from the government and a more lenient sentence from the Court.

During the course of the investigation, your affiant learned through investigative means and from a reliable source who has personal knowledge of the actions of SCOTT and his co-conspirators, that SCOTT has coordinated, received, and distributed cocaine since May 2020. Additionally, during the course of the investigation law enforcement has identified at least 50 USPS parcels that are consistent with the parcels identified above and believed to contain kilogram quantities of cocaine destined for this Drug Trafficking Organization that SCOTT is a member. Law enforcement's evidence to date shows that SCOTT is accountable for over five kilograms of cocaine. Your affiant has not provided every fact known to him during the investigation, but facts sufficient to establish probable cause.

SPECIAL AGENT JOSHUA MILLER
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of December, 2020.*

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

Case: 1:20-mj-00243
Assigned To : Faruqui, Zia M.
Assign. Date : 12/3/2020
Description: Complaint w/ Arrest Warrant

4